# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| CHEATHAM COUNTY WATER AND WASTEWATER AUTHORITY, FOR AND ON BEHALF OF CHEATHAM COUNTY, TENNESSEE, ) ) ) ) ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No.: 3:09-cv-925 |
| L & T ASSOCIATES, DAVID LOSE, and BILL TERRY, ) ) ) | |
| Defendants. ) | |

## AGREED ORDER REMANDING CASE TO STATE COURT

COME NOW the parties in the above-captioned matter, as evidenced by the signatures of counsel below, and hereby jointly agree to remand this action. Defendants filed their Notice of Removal on October 2, 2009 [DR:1]. CCWWA's Motion to Remand was filed on October 23, 2009 [DR: 5]. By agreeing to this Order, the Parties do not waive any claims or defenses which they may have. Accordingly, based upon the agreement of the parties, as evidenced by the signatures below and for good cause shown, it is hereby,

ORDERED that this case be remanded to the state court.

ENTERED this 11th day of December, 2009.

_____
**JUDGE**